Daniel K. Winters (DW 1158)
Jennifer A. Guidea (JG 4397)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Defendant Greyston Foundation, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES G. LIEF, | Case No.: 07-CIV-6232 (WCC) |
| Plaintiff, | Honorable William C. Connor |
| v. | |
| GREYSTON FOUNDATION, INC., | **RULE 7.1 DISCLOSURE STATEMENT** **(FILED ELECTRONICALLY)** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Greyston Foundation, Inc., by and through its attorneys, Reed Smith LLP, hereby certifies that it is a not-for-profit corporation and has no other parent corporations or publicly held corporations that own 10% or more of its stock.

Dated:  New York, New York
        September 10, 2007

                                        REED SMITH LLP

                                        By: *Jennifer A. Guidea*
                                        Daniel K. Winters (DW 1158)
                                        Jennifer A. Guidea (JG 4397)
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Tel. (212) 521-5400
                                        Attorneys for Defendant Greyston
                                        Foundation, Inc.

- 2 -

To:    Robert A. Pinel, Esq.
FLAMM, BOROFF & BACINE, PC
Westfield Corporate Center, Suite 310
4905 West Tilghman Street
Allentown, PA 18104
(610) 336-6800
Attorney for Plaintiff Charles G. Lief