*Connor, J*

**ORIGINAL**

ROBERT A. PINEL, ESQ. – RP9070
FLAMM, BOROFF & BACINE, P.C.
Westfield Corporate Center
4905 West Tilghman Street, Suite 310
Allentown, Pennsylvania 18064
610-336-6800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES G. LIEF<br><br>Plaintiff,<br><br>v.<br><br>GREYSTON FOUNDATION, INC.,<br><br>Defendant. | Case No. 07-CV-6232-WCC<br><br>ECF CASE<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM |

By agreement, the parties stipulate that Plaintiff Charles Lief shall have until and through October 15, 2007 to file his response to the counterclaim of Defendant Greyston Foundation, Inc.

STIPULATED TO:

Flamm, Boroff & Bacine, P.C.
Attorneys for Plaintiff
Charles Lief

By: _/s/ Robert A. Pinel_
Robert A. Pinel

Dated: 9-27-07

Reed Smith, LLP
Attorneys for Defendant
Greyston Foundation, Inc.

By: _/s/ DKW_
Daniel K. Winters, Esq.

Dated: 9/27/07

SO ORDERED.

_William C. Conner_
U.S.D.J.

dated: White Plains, NY
Oct. 3, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD