UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARLES G. LIEF,

                Plaintiff,

   - against -

GREYSTON FOUNDATION, INC.,

                Defendant,
and counterclaims.
------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6232 (WCC)(GAY)

ECF CASE

[ORIGINAL stamp]

The above entitled action is referred to Magistrate Judge George A. Yanthis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: _____

* Do not check if already referred for general pretrial.

DATED:  White Plains, New York
        October 24, 2007

**SO ORDERED.**

/s/ William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.

Copies E-Mailed to Counsel of Record

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]