**ORIGINAL**

United States District Court
Southern District of New York

-------------------------------------------------x

CHARLES G. LIEF                                  :     Case No. 07-CV-6232-WCC
                                                 :     ECF CASE
                                                 :
                    Plaintiff,                   :     STIPULATION OF
                                                 :     DISCONTINUANCE
        -against-                                :     AND ORDER
                                                 :
GREYSTON FOUNDATION, INC.,:
                                                 :
                    Defendants.                  :
-------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       March 3, 2008

FLAMM, BOROFF & BACINE, P.C.            REED SMITH LLP
ATTORNEYS FOR PLAINTIFF                 ATTORNEYS FOR DEFENDANT

Westfield Corporate Center              599 Lexington Avenue
4905 West Tilghman Street, Suite 301    New York, New York 10022
Allentown, PA 18104                     (212) 521-5400
Fax: 610-336-0167

By: /s/ Robert A. Pinel                 By: /s/ Daniel K. Winters
    Robert A. Pinel, Esq.                   Daniel K. Winters, Esq.

                                        Dated: March 7, 2008
                                               White Plains, NY

              SO ORDERED: /s/ William C. Conner
                         Hon. William C. Conner
                         United States Courthouse
                         300 Quarropas St., Room 630
                         White Plains, NY 10601

COPIES MAILED TO COUNSEL OF RECORD